FILED

07 NOV -2 AM 9:22

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(Honorable William Q. Hayes)

| UNITED STATES OF AMERICA, | ) | CASE NO. 07CR0745-WQH |
|---|---|---|
| Plaintiff, | ) | ~~PROPOSED~~ ORDER AUTHORIZING ADDITIONAL FUNDS FOR LEGAL ASSISTANT |
| v. | ) | |
| Juan Carlo Calles, | ) | |
| Defendant | ) | |

GOOD CAUSE APPEARING, it is hereby ordered that Attorney John R. Fielding, Jr., may employ a recently admitted attorney as his assistant in the instant matter at a rate of $55 per hour not to exceed an additional $2750.00 without further order of the Court.

Date: 11/1/07

Hon. William Q. Hayes

07CR0745