**LAW OFFICES OF JOHN R. FIELDING, JR.**
State Bar No. 108303
402 W. Broadway, Suite 1700
San Diego, CA 92101
Telephone: (619) 233-0467
Facsimile: (619) 233-0475

FILED
08 MAR 21 AM 11:54

CP                                DEPUTY

Attorney for Defendant, CALLES

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable William Q. Hayes)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 07CR0745-WQH |
| Plaintiff, ) | |
| ) | **ORDER TO REMOVE** |
| ) | **GPS DEVICE** |
| v. ) | |
| ) | |
| JUAN CARLOS CALLES, ) | |
| ) | |
| Defendant. ) | |

GOOD CAUSE APPEARING, it is hereby ordered the GPS monitoring device currently in use by the defendant named herein may be removed and discontinued.

IT IS SO ORDERED:

Dated: 3/21/08

Hon. William Q. Hayes